UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

VERNON JONES, VLADIMIR KRULL, THOMAS
MITCHELL, COMPTON MOHABIR, and,
CORYDON UMBER,

        Plaintiffs,

        vs.

TINA M. STANFORD, Esq.,
in her official capacity as Chairwoman of the New
York Board of Parole; ANTHONY ANNUCCI, in his
official capacity as Acting Commissioner of the
Department of Corrections and Community
Supervision,

        Defendants.

CIVIL ACTION

Case No.: 20-cv-1332 (RJD)

---

## MOTION FOR A PRELIMINARY INJUNCTION

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law and declarations, exhibits in support, and complaint in this action, the plaintiffs, through counsel, will move this Court for an order pursuant to Rule 65(a) of the Federal Rules of Civil Procedure enjoining so much of New York's Electronic Security Targeting of Online Predators Act ("e-STOP"), N.Y. Executive Law § 259c-15, and Department of Corrections and Community Supervision Directive 9201 as impose a ban on access to commercial social networking websites.

The plaintiffs respectfully that the Court grant their motion for a preliminary injunction and enjoin the defendants from enforcing e-STOP and Directive 9201 to the extent that they prohibit all social media use by certain categories of Registrants irrespective of any individualized assessment and need, so that the plaintiffs can use these First Amendment protected forums.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Court's Order dated July 6, 2020, any response is due by August 13, 2020, plaintiffs' reply is due by August 25, 2020, and the motion shall be fully briefed as of August 25, 2020.

Dated: July 13, 2020
      New York, New York

Respectfully submitted,

NEW YORK CIVIL LIBERTIES UNION FOUNDATION

By:  s/ Molly K. Biklen
MOLLY K. BIKLEN
DANIEL R. LAMBRIGHT*
125 Broad Street, 19th Floor
New York, New York 10004
212-607-3380
mbiklen@nyclu.org

RUTGERS CONSTITUTIONAL RIGHTS CLINIC

By:  s/ Alexis Karteron
ALEXIS KARTERON
S.I. Newhouse Center for Law and Justice
123 Washington Street
Newark, NJ 07102
973-353-3239
alexis.karteron@law.rutgers.edu

PRISONERS' LEGAL SERVICES OF NY

By:  s/ Michael E. Cassidy
MICHAEL E. CASSIDY, Esq.
JAMES BOGIN, Esq.**
KAREN L. MURTAGH, Executive Director
41 State Street, Suite M112
Albany, NY 12207
mcassidy@plsny.org

*Counsel for Plaintiffs*

*Application for admission forthcoming.
**Pro Hac Vice application forthcoming.