# EXHIBIT 1

Case 1:20-cv-01332-RJD-JRC   Document 32-1   Filed 08/25/20   Page 1 of 2 PageID #: 346

**State of New York**
**Executive Department – Division of Parole**

## MANDATORY CONDITION OF RELEASE TO PAROLE SUPERVISION

Name: MOHABIR, Compton          NYSID: 07750622Q

Date of Release: 6/6/19          Supervision Maximum: 6/6/20

I, MOHABIR, Compton, acknowledge that under the provisions of my Conditions of Release that the following Mandatory Condition has been imposed upon me and that this Mandatory Condition will remain in effect until the termination of my legal period of supervision, PRS: _____
Unless otherwise amended in writing by the Division of Parole.

"I will not use the internet to access pornographic material, access a commercial social networking website*, communicate with other individuals or groups for the purpose of promoting sexual relations with persons under the age of eighteen, and communicate with a person under the age of eighteen unless I receive written permission from the Board of Parole to use the internet to communicate with a minor child under eighteen years of age who I am the parent of and who I am not otherwise prohibited from communicating with."

*Commercial social networking website means: any business, organization or other entity operating a website that permits persons under eighteen years of age to be registered users for the purpose of establishing personal relationships with other users, where such persons under eighteen years of age may: (i) create web pages or profiles that provide information about themselves where such web pages or profiles are available to the public or to other users; (ii) engage in direct or real time communication with other users, such as a chat room or instant messengers; and (iii) communicate with persons over eighteen years of age; provided, however, that, for purposes of this, a commercial social networking website does not include a website that permits users to engage in such other activities as are not enumerated herein.

I hereby certify that I have read and understand the above mandatory condition of my release and that I have received a copy of this mandatory condition.

Signed this 5 day of June, 2019.

Releasee: _Compton Mohabir_     Witness: _T. Rog_

Copy to: Releasee, Case File, Area Office, Quality & Control; Central Files